SEVEN SEVENTEEN HB PHILADELPHIA NO. 2, APPELLEE AND CROSS-APPELLANT, ET AL., *v.* FRANKLIN COUNTY BOARD OF REVISION ET AL., APPELLEES; BOARD OF EDUCATION OF THE COLUMBUS CITY SCHOOL DISTRICT, APPELLANT AND CROSS-APPELLEE.

[Cite as *Seven Seventeen HB Philadelphia No. 2 v. Franklin Cty. Bd. of Revision,* 111 Ohio St.3d 1215, 2006-Ohio-5608.]

(No. 2006–0268—Submitted August 9, 2006—Decided November 1, 2006.)

---

{¶ 1} The appeal and the cross-appeal are dismissed, sua sponte, on the authority of *Olympic Steel, Inc. v. Cuyahoga Cty. Bd. of Revision,* 110 Ohio St.3d 1242, 2006-Ohio-4091, 852 N.E.2d 178.

MOYER, C.J., RESNICK, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

PFEIFER, J., dissents for the reason stated in his dissent in *Olympic Steel, Inc. v. Cuyahoga Cty. Bd. of Revision,* 110 Ohio St.3d 1242, 2006-Ohio-4091, 852 N.E.2d 178, ¶ 5.

Martin Hughes & Associates, Martin J. Hughes III, and Jackie Lynn Hager, for appellant and cross-appellee.

Squire, Sanders & Dempsey, L.L.P., Greg R. Wehrer, and Steven F. Mount, for appellee and cross-appellant.